IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND FARZAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-2898 |
| | : | |
| THE VANGUARD GROUP, INC. | : | |

# **ORDER**

AND NOW, this 10th day of January, 2014, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant The Vanguard Group, Inc.'s (Vanguard) Motion for Summary Judgment (Documents 15 and 16) is GRANTED.  Judgment is entered in favor of Vanguard on all counts and Plaintiff Raymond Farzan's claims against Vanguard are DISMISSED with prejudice.  The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.